# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT W. KNORR, JR., )<br>)<br>Defendant. ) | Case No. 15-00070-01-CR-W-GAF |

## ORDER

On February 4, 2016, defendant entered a plea of guilty to Counts One, Two, Three and a modified Count Four[1] of the Indictment (Doc. 1) before Chief United States Magistrate Judge Sarah W. Hays. On February 9, 2016, Judge Hays issued her Report and Recommendation (Doc. 32).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offenses charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

---

[1] Government counsel stated that the United States is abandoning the following language in Count Four: "which involved a prepubescent minor and a minor who had not attained 12 years of age." (Tr. at 3-4)

SO ORDERED.

                                          s/ Gary A. Fenner
                                          GARY A. FENNER, JUDGE
                                          UNITED STATES DISTRICT COURT

DATED: February 29, 2016